# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A80 | E1340701 | BRECHT, G | 285 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/24/2021 10:57AM | 36 CFR 2.34 (a)(1) |

Place of Offense: WILLOW BEACH - PADDLECRAFT LAUNCH

Offense Description: Factual Basis for Charge — HAZMAT ☐

DISORDERLY CONDUCT - FIGHTING

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| LAMBORN | JACOB | T |

Street Address: —

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LITTLEFIELD | AZ | 86432 | 1975 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | NV | -2331 |

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRN   Eyes: GRN   Height: 5'04"   Weight: 190

### VEHICLE   VIN:                                      CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | | | | |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Analyst

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*E1340701*

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _November 24_, 20_21_ while exercising my duties as a law enforcement officer in the _____ District of _Arizona_

SEE ATTACHED

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _11/24/2021_ _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__ Digitally signed by Camille D. Bibles
Date: 2021.11.25 18:43:36 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A100 | E1340702 | BRECHT, G. | 285 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/24/2021  1057 | 36 CFR 2.34(a)(2) |

Place of Offense

WILLOW BEACH CAMPGROUND

Offense Description: Factual Basis for Charge    HAZMAT ☐

DISORDERLY CONDUCT — OBSCENE LANGUAGE

---

### DEFENDANT INFORMATION   Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| LAMBORN | JACOB | T |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LITTLEFIELD | AZ | 86432 | 1975 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | NV | ~2331 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair BLN  Eyes GRN  Height 5'11"  Weight 190

### VEHICLE   VIN:   CMV ☐

Tag No. / State / Year / Make/Model / PASS ☐ / Color

---

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/24, 20 21 while exercising my duties as a law enforcement officer in the _____ District of Arizona

SEE ATTACHED

The foregoing statement is based upon:

☐ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/24/2021   _____
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
            Date: 2021.11.25 18:43:10 -07'00'
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

**United States District Court**
**Violation Notice**
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A180 | E1340703 | BRECHT, G | 285 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/24/2021  1057 | 36 CFR 4.22(b)(1) |

Place of Offense
WILLOW BEACH — GENERAL STORE/CAMPGROUND

Offense Description: Factual Basis for Charge                      HAZMAT ☐
UNSAFE OPERATION OF MOTOR VEHICLE

---

**DEFENDANT INFORMATION** | Phone

| Last Name | First Name | M.I. |
|---|---|---|
| LAMBORN | JACOB | T |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LITTLEFIELD | AZ | 86432 | 1975 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | NV | 2331 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair BRN  Eyes GRN  Height 5'11"  Weight 190

**VEHICLE** | VIN: | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☒ | Color |
|---|---|---|---|---|---|
|  | AZ | '09 | HYUNDAI GENESIS |  | SLV |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1340703*

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 24, 2021 while exercising my duties as a law enforcement officer in the ___ District of Arizona

SEE ATTACHED

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☒ other (explain above)

declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/24/2021
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2021.11.25 18:42:35 -07'00'
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A180 | E1340704 | BREAUT, G | 285 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/24/2021 1057
Offense Charged: ☐ CFR ☑ USC ☐ State Code: 18 USC 113(a)(4)

Place of Offense: WILLOW BEACH - PADDLECRAFT LAUNCH

Offense Description: Factual Basis for Charge: ASSAULT   CLASS A MISD.   HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: LAMBORN
First Name: JACOB
M.I.: T
Street Address: —
City: LITTLEFIELD
State: AZ
Zip Code: 86432
Date of Birth (mm/dd/yyyy): __/__/1975
Drivers License No.: —
CDL ☐  D.L. State: NV
Social Security No.: ___-__-2331

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair: BN   Eyes: GRN   Height: 5'11"   Weight: 190

**VEHICLE**   VIN:   CMV ☐
Tag No. / State / Year / Make/Model / PASS ☐ / Color

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☑ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy



*E1340704*

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _[illegible]_ , 20__, while exercising my duties as a law enforcement officer in the _____ District of _Arizona_.

_SEE ATTACHED_

The foregoing statement is based upon:

☒ my personal observation      ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

declare under penalty of perjury that the information which I have set forth above and on the ace of this violation notice is true and correct to the best of my knowledge.

Executed on: _11/24/21_       _____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Camille D. Bibles   Digitally signed by Camille D. Bibles
             Date (mm/dd/yyyy)   U.S. Magistrate Judge   Date: 2021.11.25 18:41:59 -07'00'

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE

I, George Brecht, state that on 11/24/2021 while exercising my duties as a uniformed law enforcement officer, while within the boundary of Lake Mead National Recreation Area in the Federal District of Arizona: At approximately 1057 hours,

I was notified by Sergeant Cooperrider, by telephone, of an ongoing incident at Willow Beach involving a hit-and-run with the suspect being currently cornered by bystanders. I was requested and responded from my residence in Henderson, NV. Upon arrival at the Paddlecraft Launch in Willow Beach, I met with Alyssa Moore, Nathan Martin, and Roy Moore, who were using their vehicles to block the entrance of Paddlecraft Launch. All of these individuals are employees of the Willow Beach concession.

I asked them what the problem was at that location and they collectively told me that an individual, who I could see standing in the water of the Colorado River and was later identified as LAMBORN, Jacob T. by a Nevada driver license, had been acting erratically and had been involved in multiple incidents including a fight. I was told LAMBORN had been driving his vehicle at a high rate of speed through the Willow Beach Campground, which is open to the public, while screaming "Fuck you" at Moore and Martin who were working on the bulletin board at that location. LAMBORN then drove toward the general store. Moore, Martin, and Moore drove towards the general store to obtain a license plate number from LAMBORN's vehicle and report the activity to Rangers. While Roy Moore was driving the right way through the one-way parking lot drive, LAMBORN drove the wrong way and struck Moore's vehicle, pushing a rear wheel up onto a curb, and did not stop. LAMBORN then drove his vehicle to Paddlecraft Launch and Moore, Martin, and Moore followed and blocked the entrance to the launch with their vehicles.

LAMBORN then reportedly threw rocks at their vehicles and Martin exited his vehicle and told LAMBORN to stop throwing rocks. Martin reportedly closed distance on LAMBORN while telling him to stop throwing rocks. LAMBORN then reportedly picked up a "huge rock" and threw it at Martin. Martin turned his back and was struck in the back by the rock. LAMBORN then reportedly ran at Martin, picked him up and threw him to the ground, put him in a head-lock and began punching him in the head. Roy Moore was able to break LAMBORN and Martin apart and LAMBORN then retreated to the river and his vehicle where he played loud music, yelled obscenities, drank river water, and waived his arms. I was told he was acting "erratic", "drunk", or "high".

Nevada Department of Wildlife Officer Walther and I approached LAMBORN and ordered him out of the water. Very loud music was playing from LAMBORN's vehicle which was a hinderance to communication. I reached into the running vehicle through an open window and turned off the stereo. LAMBORN complied and exited the water. I could see LAMBORN had swelling and a cut on his forehead. Due to LAMBORN's reported and observed behavior, the presence of injuries on Martin and LAMBORN, and the presence

of many rocks on the beach, I placed LAMBORN into handcuffs and frisked him for weapons. I did not locate any weapons on LAMBORN's person.

I asked LAMBORN to tell me what had happened and he told me he was just visiting Willow Beach with his dogs, looking for a place to camp in his RV. He told me he was then followed by Moore, Martin, and Moore and that he had been "charged" and had to defend himself. I asked him to describe how he was attacked and he told me he could not remember and said "just 2 people after me, hitting me" and that he couldn't remember anything else. I recognized due to my training and experience that LAMBORN was likely suffering from a psychosis and asked him about alcohol or drug usage but he denied all. LAMBORN was shivering and was given a dry towel and a coat. He also complained of head pain and I requested an ambulance respond to evaluate LAMBORN. I placed him in the back of my patrol car with the heat on so he could warm up and I could continue my investigation. Inside LAMBORN's vehicle, on the center console, I witnessed a yellow prescription pill bottle with the label ripped off, illicit substances are commonly stored and transported in this manner. I entered LAMBORN's vehicle and observed that the pill bottle only contained a U.S. quarter. I retrieved LAMBORN's driver license from the center console and exited the vehicle.

I spoke with Sergeant Cooperider who had spoken with Moore, Martin, and Moore, and observed both Martin and LAMBORN's vehicles. Cooperrider documented by photograph scratches and abrasions on Martin's head and back, scratches, abrasions, and swelling on LAMBORN's back, right elbow, and head, corresponding paint transfer and damage to the front left corner of LAMBORN's car and the left rear of Roy Moore's truck. Cooperrider also obtained written witness statements from Moore, Martin, and Moore.

Due to the statements of Moore, Martin, and Moore, the injuries observed on Martin and LAMBORN, and the statements of LAMBORN, I arrested LAMBORN and transported him to Coconino County Jail in Flagstaff, AZ.

Sergeant Cooperrider later made contact with LAMBORN's father who stated that LAMBORN suffers from a Bi-Polar disorder and had been experiencing an increasing elevated state over the past few weeks.

I wrote the following citations to the defendant:

E1340701 – 36 CFR 2.34(a)(1) – Disorderly Conduct – Fighting.

E1340702 – 36 CFR 2.34(a)(2) – Disorderly Conduct – Obscene language, utterance, or gesture.

E1340703 – 36 CFR 4.22(b)(1) – Unsafe Operation of Motor Vehicle.

E1340704 – 18 USC 113(a)(4) – Assault by striking, beating, or wounding.

The foregoing statement is based upon (check all that apply):

X    My personal observations

X    My personal investigation

X    Information supplied to me from my fellow officer's observations.

X    Investigation conducted by a fellow officer.

\_\_\_\_\_ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

Executed on: 11/24/2021      USM #285
Date (mm/dd/yyyy)      Officer's Signature/Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: _____      Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2021.11.25 18:41:30 -07'00'
Date (mm/dd/yyyy)      U.S. Magistrate Judge

3